## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MILTON ISAAC YOUNG, JR.,   :   CHAPTER 13
                                 :
                                 :
            DEBTOR.         :   CASE NO. 16-11764-SR

## CERTIFICATION OF NO RESPONSE WITH RESPECT TO THE APPLICATION OF MARK A. CRONIN, ESQUIRE FOR COMPENSATION

Debtor's undersigned counsel files this Certificate in accordance with L.B.R. 2016-1

hereby certifying that Notice was given to the Chapter 13 Trustee, the Office of the U.S. Trustee,

and all creditors in this case and that more than twenty (20) days has elapsed since filing his

Application for Compensation and serving the aforesaid Notice. Additionally, no party-in-

interest has objected or responded to said Application.

Dated:  September 27, 2016              __/s/Mark A. Cronin_____
                                  Mark A. Cronin, Esquire
                                  26 S. Church Street
                                  West Chester, PA 19382
                                  (610) 585-1702
                                  FAX (484) 266-0832
                                  Attorney for Debtor