UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       MILTON ISAAC YOUNG, JR.,       :       CHAPTER 13
                                            :
                                            :
             DEBTOR.                        :       CASE NO. 16-11764-SR

**CERTIFICATION OF NO RESPONSE WITH RESPECT TO THE APPLICATION OF
MARK A. CRONIN, ESQUIRE FOR COMPENSATION**

This case was dismissed on October 13, 2016 with this Honorable Court retaining jurisdiction as to the allowance of administrative expenses. Debtor's counsel's Application for Compensation was filed September 1, 2016, and Debtor's undersigned counsel hereby certifies that said Application was served on the Debtor, the Chapter 13 Trustee, and the Office of the U.S. Trustee, and Notice of the Application was served on all creditors in this case of said Application, and that more than twenty (20) days have elapsed since filing Debtor's counsel's service of the Application for Compensation as well as service of the aforesaid Notice on all creditors. Furthermore, Debtor's undersigned counsel certifies that no party-in-interest has objected or responded to said Application, and it is respectfully requested that this Honorable Court approve said Application for Compensation.

Dated: November 10, 2016            __/s/Mark A. Cronin_____
                                    Mark A. Cronin, Esquire
                                    26 S. Church Street
                                    West Chester, PA 19382
                                    (610) 585-1702

FAX (484) 266-0832
Attorney for Debtor